IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-cv-475-TMH |
| | ) | [wo] |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

On July 9, 2012, the Magistrate Judge filed a Recommendation in this case dismissing this case with prejudice prior to service of process pursuant to the directives of 28 U.S.C.§ 1915(e)(2)(B)(i) and (ii) to which no timely objections have been filed. (Doc. No. 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) and (ii) and for the Plaintiff's failure to comply with the orders of this court and his failure to properly continue the prosecution of this case.

DONE this 28th day of August, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE